## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

CORNING - DONAHUE, INC.,

                ORDER TO SHOW CAUSE

Debtor(s).

BKY  10-36191

---

This matter came before the Court on its own initiative.  This case has been pending since August 24, 2010.  A hearing on the Chapter 7 trustee's motion to dismiss was held on December 1, 2010.  Counsel for the debtor did not appear at the hearing.

NOW, THEREFORE, IT IS ORDERED:  That, Barbara J. May is hereby ordered to appear and show cause why she should not forfeit her attorneys fees received in this case for filing a petition with substantial misinformation and for failure to attend the hearing on dismissal.  The hearing on this matter will be held on **Wednesday, January 12, 2011, at 9:30 a.m.**, Courtroom 2B, US Courthouse, 316 North Robert Street, St. Paul, Minnesota.

Fed. R. Civ.P. 26(a)(1), (a)(2), (a)(3) and (f) do not apply in this proceeding.

Dated: December 1, 2010

                /e/ Dennis D. O'Brien
                United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *12/01/2010*
Lori Vosejpka, Clerk, by SKM